UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RHONDA ROBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV420-269 |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

THIS CAUSE is before the Court upon the unopposed motion of Defendant to remand this case to the Commissioner of Social Security (Commissioner) for further action under sentence four of 42 U.S.C. § 405(g). Doc. 23. Upon consideration of the unopposed motion, and the grounds urged in support thereof, it is **GRANTED**. Doc. 23. It is **ORDERED** that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded to the Commissioner for further action. *See Shalala v. Schaefer*, 509 U.S. 292, 297 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 99-100 (1991). On remand, the administrative law judge will evaluate the opinion evidence, treatment evidence, and school records and re-assess whether Plaintiff functionally equals a

listing. The Clerk will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED** this 29th day of April, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA